IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY H. MAISNER,<br><br>    Defendant. | 4:24CR3012<br><br>**AMENDED ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

  The defendant appeared before the Court on August 22, 2025 regarding Petition for Action on Conditions of Pretrial Release [62]. James McGough represented the defendant. Christopher Harroun represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

  The defendant requested a continuance of the dispositional hearing on the alleged violations which was unopposed. This request is granted. A dispositional hearing is scheduled before Judge Susan M. Bazis in Courtroom 1, 5th Floor, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE, on Thursday, October 23, 2025 at 11:00 AM.

  The government moved for detention. The Court took judicial notice of the petition and violation report. Based upon the information before the Court and representations of the parties, the Order Setting Conditions of Release [20] is revoked and the defendant shall be detained until further order of the court.

  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 25th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge